IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23CV325

| | |
|---|---|
| PRESTON NEEDLES AND IAN MATSON,<br><br>           Plaintiff,<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY A/K/A ADM TRUCKING, INC.,<br><br>           Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Amy Doig (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Doig is admitted to appear before this court *pro hac vice* on behalf of Defendant ADM Trucking, Inc..

**IT IS SO ORDERED**.

Signed: June 12, 2023

Graham C. Mullen
United States District Judge