**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| PRESTON NEEDLES AND IAN MATSON, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CASE NO. 3:23-cv-325 |
| ARCHER DANIELS MIDLAND COMPANY (A/K/A ADM TRUCKING, INC.), | ) ) ) ) | |
| Defendant. | ) ) | |

## <u>ORDER</u>

This matter is before the Court for consideration of the Parties' Joint Motion to Stay the Initial Attorney's Conference (Doc. No. 11). For good cause shown and with the agreement of the Parties, **IT IS ORDERED** that the Joint Motion to Stay is **GRANTED**. The Parties are to report the status of this case on or before August 25, 2023.

**SO ORDERED.**

Signed: July 10, 2023

Graham C. Mullen
United States District Judge