IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PRESTON NEEDLES AND IAN MATSON, <br><br> Plaintiffs, <br><br> v. <br><br> ARCHER DANIELS MIDLAND COMPANY (A/K/A ADM TRUCKING, INC.), <br><br> Defendant. | CASE NO. 3:23-cv-325 |

## ORDER

This matter is before the Court for consideration of the parties' Joint Stipulation for Protective Order (Doc. No. 12). For good cause shown and with the agreement of the parties, **IT IS ORDERED** that the request for a Protective Order is **GRANTED** and the Protective Order is hereby ENTERED on the terms set forth in the parties' Stipulation.

**SO ORDERED.**

Signed: July 10, 2023

Graham C. Mullen
United States District Judge