IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23CV325-GCM

| | |
|---|---|
| PRESTON NEEDLES and IAN MATSON, | ) |
| Plaintiffs, | ) |
| vs. | ) ORDER |
| ARCHER-DANIELS-MIDLAND COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on its own motion. The Plaintiffs herein have filed stipulations representing that the amount in controversy does not exceed $75,000. This Court therefore has no jurisdiction. Accordingly, the Court hereby REMANDS this case to Mecklenburg County Superior Court.

IT IS SO ORDERED.

Signed: April 9, 2024

Graham C. Mullen
United States District Judge